# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FREDRICK ERNEST GRAHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:22-cv-00616-PLC |
| ) | |
| U.S. CONGRESS OF UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Fredrick Ernest Graham's motion for extension of time. (Docket No. 8). Much of the motion consists of plaintiff seeking sanctions against the United States Congress, and in relating his present conditions of confinement. Based on the title of the motion, however, and his request for an extension of time, the Court has construed this motion as seeking an extension of time in which to comply with the Court's order of August 10, 2022. That order directed plaintiff to file an amended complaint, and to either file a motion for leave to proceed in forma pauperis or pay the filing fee.

The Court will grant plaintiff's motion for an extension, and give him twenty-one (21) days from the date of this order in which to file an amended complaint on a Court-provided form, and to either file a motion for leave to proceed in forma pauperis or pay the entire filing fee. If plaintiff chooses to file a motion for leave to proceed in forma pauperis, he must submit a copy of his inmate account statement for the six-month period immediately prior to the filing of his complaint. If plaintiff fails to comply within twenty-one (21) days of the date of this order, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time in which to comply with the Court's order of August 10, 2022 (Docket No. 8) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's prisoner civil rights complaint form.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court form within **twenty-one (21) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to file an amended complaint on the Court form within **twenty-one (21) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's motion for leave to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that plaintiff must either file a motion for leave to proceed in forma pauperis or pay the entire filing fee within **twenty-one (21) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to either file a motion for leave to proceed in forma pauperis or pay the filing fee within **twenty-one (21) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

**IT IS FURTHER ORDERED** that if plaintiff files a motion for leave to proceed in forma pauperis, he must also submit a certified copy of his inmate account statement for the six-month period immediately preceding the filing of his complaint.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 31st day of August, 2022